**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1414

DORA L. ADKINS,

Plaintiff - Appellant,

v.

MERRIFIELD HOTEL ASSOCIATES, LP,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:22-cv-00399-AJT-IDD)

Submitted:  July 26, 2022                                    Decided:  July 28, 2022

Before MOTZ, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dora L. Adkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's orders denying her requests for leave to file an emergency complaint and an amended emergency complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Adkins v. Merrifield Hotel Assocs., LP*, No. 1:22-cv-00399-AJT-IDD (E.D. Va. Apr. 12 & 13, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*